

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| 1599 LOMALAND DRIVE, LLC, | § | No. 08-18-00048-CV |
|  | § |  |
| Appellant, | § | Appeal from the |
|  | § |  |
| v. | § | County Court at Law No. 3 |
|  | § |  |
| GEORGE LEEPER, | § | of El Paso County, Texas |
|  | § |  |
| Appellee. | § | (TC# 2016DCV2578) |
|  | § |  |

## <u>MEMORANDUM OPINION</u>

Appellant, 1599 Lomaland Drive, LLC, has filed a motion to dismiss its appeal pursuant to Rule 42.1(a)(1). *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. TEX.R.APP.P. 42.1(d).

GINA M. PALAFOX, Justice

November 28, 2018

Before McClure, C.J., Rodriguez, and Palafox, JJ.